People v Bonola

2026 NY Slip Op 02279

April 15, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

David Bonola, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 15, 2026

2022-09888, (Ind. No. 71171/22)

Angela G. Iannacci, J.P.

Paul Wooten

Lillian Wan

Donna-Marie E. Golia

Lisa S. Ottley, JJ.

Patricia Pazner, New York, NY (Sankeerth Saradhi of counsel), for appellant.

Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and William H. Branigan of counsel; Ariel Gootkin on the memorandum), for respondent.

[*1]

DECISION & ORDER

Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Michael B. Aloise, J.), imposed November 16, 2022, upon his plea of guilty, on the ground that the sentence was excessive.

ORDERED that the sentence is affirmed.

The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).

IANNACCI, J.P., WOOTEN, WAN, GOLIA and OTTLEY, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court